**MDL 1793**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 25 2006

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MDL-1793 -- IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Northern District of California hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Charles R. Breyer for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: 10 Oct 2006

PLEADING NO. 56

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk**
**Judicial Panel on Multidistrict Litigation**
**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, NE**
**Room G-255, North Lobby**
**Washington, D.C. 20002-8004**

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

**OFFICIAL FILE COPY**

IMAGED OCT 25 2006