**MDL1793**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1793

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION*

(SEE ATTACHED SCHEDULE)

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On October 25, 2006, the Panel transferred ten civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 25, 2006, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED NOV 2 1 2006

Case MDL No. 1793   Document 59   Filed 11/21/06   Page 2 of 3

Page 1 of 2

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1793
## IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

**CALIFORNIA CENTRAL**
CAC  2  06-4206                 Sherrie Marco, et al. v. American Airlines, Inc., et al.

**CONNECTICUT**
CT   3  06-1029                 Shephali J. Patel, et al. v. British Airways, PLC, et al.

**FLORIDA SOUTHERN**
FLS  1  06-21611                Fillippo Boccara v. British Airways, et al.
FLS  1  06-21661                Brett Cass v. British Airways, PLC, et al.
FLS  9  06-80770                Mindy Martin v. American Airlines, Inc., et al.

**ILLINOIS NORTHERN**
ILN  1  06-3461                 Charles Chin, et al. v. AMR Corp., et al.
ILN  1  06-3500                 Mary Ann McGrath v. AMR Corp., et al.
ILN  1  06-3518                 Marcia Szelewski v. AMR Corp., et al.
ILN  1  06-3521                 John Fadden v. AMR Corp., et al.
ILN  1  06-3706                 Dawn Sederholm v. AMR Corp., et al.
ILN  1  06-3732                 Beth El-Demerdash v. AMR Corp., et al.
ILN  1  06-3799                 Jon Wayman v. AMR Corp., et al.
ILN  1  06-3800                 Thomas M. Hastings v. AMR Corp., et al.
ILN  1  06-3802                 Mohamed El-Demerdash v. AMR Corp., et al.
ILN  1  06-3855                 Sherry Fischer v. British Airways, PLC, et al.
ILN  1  06-3869                 Ann S. Carney, et al. v. British Airways, PLC, et al.
ILN  1  06-4212                 Emily Hecht v. AMR Corp., et al.

**MASSACHUSETTS**
MA   1  06-11165                Andrew Napoletano v. British Airways, PLC, et al.

**MARYLAND**
MD   1  06-2279                 Joseph Szlavik v. American Airlines, Inc., et al.

**NEW YORK EASTERN**
NYE  1  06-3168                 Mitchell Benson v. British Airways, PLC, et al.
NYE  1  06-3198                 Michael Gardner v. British Airways, PLC, et al.
NYE  1  06-3201                 Corrine Lin v. British Airways, PLC, et al.
NYE  1  06-3202                 Richard Fitter v. British Airways, PLC, et al.
NYE  1  06-3211                 Anjali Jain v. Virgin Atlantic Airways, Ltd., et al.
NYE  1  06-3226                 Tamara Sears v. British Airways, PLC, et al.
NYE  1  06-3228                 Kimberly Nelson v. AMR Corp., et al.
NYE  1  06-3229                 Michelle Mazzocco v. AMR Corp., et al.
NYE  1  06-3248                 Roberta Frances Pope Sladkus v. British Airways, PLC, et al.
NYE  1  06-3249                 Marie Shaw v. British Airways, PLC, et al.
NYE  1  06-3285                 Lisa Steinberg v. British Airways, PLC, et al.
NYE  1  06-3295                 Christopher H. Finegan v. British Airways, PLC, et al.
NYE  1  06-3305                 Barbara Holt v. British Airways, PLC, et al.
NYE  1  06-3314                 Johanna Douglass, et al. v. British Airways, PLC, et al.
NYE  1  06-3319                 Brigitte Feinberg v. British Airways, PLC, et al.
NYE  1  06-3345                 Ruth Strachman v. British Airways, PLC, et al.

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1793

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NYE  1  06-3347 | Jessica S. Eliav v. British Airways, PLC, et al. |
| NYE  1  06-3357 | Monica R. Hustead v. British Airways, PLC, et al. |
| NYE  1  06-3363 | Michael Molinaro v. British Airways, PLC, et al. |
| NYE  1  06-3413 | Denise Farinelli, et al. v. British Airways, PLC, et al. |
| NYE  1  06-3439 | Frederick Waters, et al. v. British Airways, PLC, et al. |
| NYE  1  06-3581 | Julian Hamilton Barns v. British Airways, PLC |
| NYE  1  06-3606 | James Penrose, et al. v. British Airways, PLC, et al. |
| NYE  1  06-3607 | Judy Dale Wolff v. British Airways, PLC, et al. |

**NEW YORK SOUTHERN**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NYS  1  06-5333 | Kristin Meanwell, et al. v. AMR Corp., et al. |

**PENNSYLVANIA EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| PAE  2  06-2815 | Bruce Diamond v. British Airways, PLC, et al. |
| PAE  2  06-2862 | Eric Miller v. British Airways, PLC, et al. |
| PAE  2  06-2865 | Edward H. Shipley v. British Airways, PLC, et al. |
| PAE  2  06-2907 | Jacob Weiss v. British Airways, PLC, et al. |
| PAE  2  06-2982 | John Hardy v. British Airways, PLC, et al. |

**TEXAS SOUTHERN**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TXS  4  06-2473 | Tammy D. Comeaux v. AMR Corp., et al. |

**VIRGINIA EASTERN**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| VAE  1  06-863 | Athena Oliff v. British Airways, PLC, et al. |